# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0249.  MONICA BROWN v. BRIARLAKE, LLC. et al.**

This appeal was docketed in this Court on September 24, 2012. This Court has granted the pro se appellant two extensions of the deadline to file her brief so that appellant could file a motion to supplement the record. The second extension required appellant to file her brief, including enumeration of errors, no later than December 4, 2012. On December 5, 2012, after expiration of the second extension, appellant filed a motion to remand this case to address deficiencies in the record. To date, appellant has not filed a brief and enumeration of errors, and this Court finds no good cause for granting a further extension or remanding this case. Court of Appeals Rules 22 (a) and 23 (a).

Accordingly, appellant's motion for remand is hereby DENIED and this case is DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of her appeal. Appellees' pending motion for appearance by courtesy is DENIED as moot.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  01/29/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*